444

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* CHARLIE KING YOUNG, JR., Defendant-Appellant.

(No. 73-273;

Fifth District—April 2, 1974.

PER CURIAM.
CARTER, J., took no part.

Robert E. Farrell, Deputy Defender, of Mt. Vernon, for appellant.

Nicholas G. Byron, State's Attorney, of Edwardsville, for the People.